UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Shawn Thomas Johnson, 24656058,

        Petitioner,

v.

Bureau of Prisons,

        Respondent(s).

Case No.  25-12549

Judge Jonathan J.C. Grey

Magistrate Judge Curtis Ivy, Jr.

_____/

**ORDER AMENDING CAPTION**

The Petitioner has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254.  The proper Respondent for a habeas petition filed pursuant to 28 U.S.C. § 2254 is the state officer having custody of the Petitioner.  *See* Rule 2, Rules Governing Section 2254 Cases.  Petitioner is incarcerated at:

    FCI Milan
    Federal Correction Institution
    P.O. Box 1000
    Milan, MI 48160
    WASHTENAW COUNTY

The Warden of that facility is  Eric Rardin .

Accordingly, the Court hereby **ORDERS** the case caption be amended to read as follows:

"Shawn Thomas Johnson v. Eric Rardin."

Date:  August 18, 2025

s/David R. Grand
David R. Grand
United States Magistrate Judge

**Certificate of Service**

I hereby certify that a copy of the foregoing document was served upon Petitioner on the date indicated below by first class mail.

Date:  August 18, 2025

s/M. Sylvester
Deputy Clerk