FILED
SEP 05 2025
CLERK'S OFFICE
DETROIT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Shawn Thomas Johnson,       ) Case No. 25-12549
Petitioner                  )
                            )
v.                          ) Petitioner's Objections To
                            ) Orders Amending Captions And
Bureau of Prisons           ) To Correct Deficiency And
Respondent                  ) Request For Counsel

I, Shawn Thomas Johnson, petitioner in Case No 25-12549 objects to both orders issued on 8/28/25, one to pay a filing fee and another amending "the caption."

The US Constitution grants everyone the right to petition the courts. Requiring any kind of fee to file a habeas petition goes against fundamental rights afforded to everyone. Perplexingly the court has falsely suggested I filed a habeas petition under 2254, and I am not in state custody. I filed a petition under 2241, and I filed this action against the BOP, not Eric Bordin. While he is the Warden of FCI Milan, the BOP is controlling time credit calculations and placement, which the law specifically says is to be handled by the Warden. Simply put, the regional directors who employ everyone are the ones breaking the law. I did not ask the court to amend "the caption", nor do I consent to this action. If these objections are to be stricken then please consider this as a notice of appeal. It would benefit the interests of justice to appoint counsel for me.

In Pro Se
-Shawn Thomas Johnson

Shawn Thomas Johnson
NAME
24656-058
REG. NO.
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

RECEIVED
SEP 05 2025
CLERK'S OFFICE
DETROIT



METROPLEX MI 480
2 SEP 2025 PM 8 L

U.S. MARSHAL

US District Court
Office of the Clerk
231 W Lafayette Blvd.
Detroit, Michigan 48226

48226-279426