UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAWN THOMAS JOHNSON,

        Petitioner,

v.                          Case No. 2:25-cv-12549
                                 Hon. Jonathan J.C. Grey

ERIC RARDIN,

        Respondent.

_____/

**OPINION AND ORDER DISMISSING
CASE FOR FAILURE TO CORRECT DEFICIENCY**

Pro se Plaintiff Shawn Thomas Johnson, a federal inmate confined at the Federal Correctional Institute in Milan, Michigan (FCI-Milan), filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241. On August 18, 2025, Chief Magistrate Judge David R. Grand signed an order of deficiency. (ECF No. 3.) The deficiency order clearly stated that Johnson was required to submit either the $5.00 filing fee or an application to proceed in forma pauperis within 21 days. The deficiency order also expressly warned Johnson that failure to comply with the Court's instructions may result in the dismissal of his action. Johnson

was required to comply with the deficiency order by September 8, 2025. To date, he has not.  In lieu of paying the filing fee or submitting the in forma pauperis application, Johnson filed an objection to the Court's deficiency order stating: "Requiring any kind of fee to file a habeas petition goes against fundamental rights afforded to everyone." (ECF No. 5, PageID.14.)

If a prisoner who seeks habeas corpus relief does not comply with a district court's directions in a deficiency order, regarding the prisoner's failure to pay the full filing fee and his failure to provide the required documentation to apply to proceed in forma pauperis, the district court must presume that the prisoner is not a pauper, assess the full filing fee, and dismiss the case for want of prosecution. *See Gravitt v. Tyszkiewicz*, 14 Fed. Appx. 348, 349 (6th Cir. 2001) (citing *McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997)).

At this time, Johnson's petition is subject to dismissal because he failed to comply with the Court's order of deficiency by either submitting the $5.00 filing fee or an application to proceed in forma pauperis. Therefore, the habeas action is **DISMISSED WITHOUT PREJUDICE**. It is further **ORDERED** that an appeal from this

decision would be frivolous and could not be taken in good faith. 28 U.S.C. § 1915(a)(3). Accordingly, a certificate of appealability, 28 U.S.C. § 2253(c)(1)(A); FED. R. APP. P. 22(b), and leave to appeal *in forma pauperis*, 28 U.S.C. § 1915(a)(3), are **DENIED**.

 **SO ORDERED**.

       s/**Jonathan J.C. Grey**
       Jonathan J.C. Grey
Dated:  September 30, 2025   United States District Judge

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 30, 2025.

     **s/ S. Osorio**

     Sandra Osorio

     Case Manager