UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAWN THOMAS JOHNSON,

    Petitioner,

v.                                       Case No. 2:25-cv-12549
                                        Hon. Jonathan J.C. Grey

ERIC RARDIN,

    Respondent.

_____/

## JUDGMENT

In accordance with the Opinion and Order entered on September 30, 2025,

**IT IS ORDERED AND ADJUDGED** that the Petition for a Writ of Habeas Corpus is **DENIED** and **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED**.

                                                  s/**Jonathan J.C. Grey**
                                                  Jonathan J.C. Grey
Dated: September 30, 2025            United States District Judge

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 30, 2025.

<u>**s/ S. Osorio**</u>
Sandra Osorio
Case Manager