2

F I L E D

OCT 1 5 2025

CLERK'S OFFICE
DETROIT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Shawn Thomas Johnson )          Case No. 2-25-cv-12549
petitioner )

v. )          Notice of Appeal

Bureau of Prisons )
respondent )

Now comes petitioner Shawn Thomas Johnson, in
pro se, giving notice of appeal to dismiss case for failure
to correct deficiency. The court's order was received on
October 7th, 2025.

Shawn Thomas Johnson,

in pro se
Inmate #24656058
FCI Milan.

10/7/25

This was placed in the outgoing mailbox at FCI
Milan on 10/7/25.



Shawn Thomas Johnson
NAME

24656456
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

METROPLEX MI 480

10 OCT 2025   PM 15 L

US District Court
231 West Lafayette Blvd
Detroit, MI 48226



RECEIVED
OCT 15 2025
CLERK'S OFFICE
DETROIT

48226-279425