UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Shawn Thomas Johnson,

          Plaintiff(s),

v.                                       Case No. 2:25−cv−12549−JJCG−CI
                                        Hon. Jonathan J.C. Grey

Eric Rardin,

          Defendant(s).

_____

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

                United States Court of Appeals for the Sixth Circuit
                Potter Stewart U.S. Courthouse
                100 East Fifth Street, Fifth Floor
                Cincinnati, OH   45202−3988

and all interested parties, by electronic means or first class U.S. mail, on October 15, 2025.

                                                KINIKIA D. ESSIX, CLERK OF COURT

                                        By: s/ Carolyn M Ciesla
                                             Deputy Clerk

Dated:   October 15, 2025