No.  25-1922

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED

Nov 10, 2025

KELLY L. STEPHENS, Clerk

SHAWN THOMAS JOHNSON,          )
                              )
        Petitioner - Appellant,    )
                              )
v.                            )          O R D E R
                              )
ERIC RARDIN, Warden,           )
                              )
        Respondent - Appellee.     )

The petitioner appeals the dismissal of his petition for relief in habeas corpus under 28 U.S.C. § 2241.  The petitioner moves to appoint counsel and to strike the clerk's case opening letter regarding the appellate filing fee.

Litigants seeking relief in federal court must generally pay a filing fee, but insolvent litigants may seek to avoid this result by applying for pauper status.  Fed. R. App. P. 24; *see also Simons v. Washington*, 996 F.3d 350, 352 (6th Cir. 2021) (citations omitted).  The Court of Appeals Miscellaneous Fee Schedule assesses a $605 filing fee for "docketing a case on appeal," and failure to satisfy the fee may result in dismissal of the action, 6 Cir. R. 3.  The petitioner's motion to strike is therefore DENIED.  The petitioner will be granted an additional 30 days from the date of this order to either pay to the district court the $605 fee or move this court for pauper status on appeal.  Failure to take action will likely result in dismissal of the appeal for want of prosecution.

The motion for appointed counsel is REFERRED to the merits panel for consideration.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Kelly L. Stephens, Clerk

## United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 11/10/2025.

**Case Name:**   Shawn Johnson v. Eric Rardin
**Case Number:**   25-1922

**Docket Text:**
ORDER filed denying petitioner's motion to strike [7435283-3] filed by Mr. Shawn Thomas Johnson; referring to hearing panel motion appointment of counsel [7435283-2] filed by Mr. Shawn Thomas Johnson.

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

Mr. Shawn Thomas Johnson
F.C.I. Milan
P.O. Box 1000
Milan, MI 48160

**A copy of this notice will be issued to:**

Ms. Kinikia D. Essix